In the Matter of ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND et al., Appellants, v NEW YORK CITY POLICE DEPARTMENT et al., Respondents.

Submitted November 30, 2015; decided February 23, 2016

Motion by Muslim Community Network et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge FAHEY taking no part.

In the Matter of HILARY BEST, Appellant, v BARRY A. SCHWARTZ, Respondent.

Submitted January 4, 2016; decided February 23, 2016

Motion to vacate this Court's November 5, 2015 dismissal order granted [*see* 26 NY3d 1037 (2015)]. On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.

In the Matter of AMIN BOOKER, Appellant, v ROBERT ERCOLE, as Superintendent of Green Haven Correctional Facility, et al., Respondents.

Decided February 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge STEIN taking no part.